IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 11-cr-30225-MJR ) |
| DANIEL MORAN-VAZQUEZ, | ) ) |
| Defendant. | ) |

MEMORANDUM AND ORDER

REAGAN, District Judge:

Defendant Moran-Vazquez has been charged with one count of Illegal Re-entry by an Aggravated Felon, in violation of 8 U.S.C. 1326. By motion in limine filed January 13, 2012, Defendant asks for an Order prohibiting the Government from introducing evidence of, referring to, or questioning witnesses regarding his prior conviction and traffic citations. This evidence includes a Texas conviction for aggravated assault with a deadly weapon plus citations from the Illinois State Police for failure to have a valid driver's license and failure to have a child in safety restraints. Defendant, however, indicates that he is willing to stipulate that he has been convicted of an "aggravated felony offense," as defined in 8 U.S.C. 1101(a)(43).

The Government has responded (Doc. 19), noting that it agrees with Defendant's contention that " it would be inappropriate for the Government to introduce evidence of Defendant's prior traffic offenses at trial. Accordingly, the Government has no intention of introducing evidence of such traffic offenses at trial. Furthermore, the Government will accept Defendant's offer of a stipulation, *i.e.*, that Defendant has a conviction for an aggravated felony."

The Court hereby **GRANTS** Defendant's motion in limine (Doc. 14) and excludes evidence of Defendant's traffic citations as well as the details of his prior conviction. Counsel shall tender the agreed Stipulation to the Court for review (by e-filing it in the cm/ecf system) on or before noon the Thursday prior to jury trial.

IT IS SO ORDERED.

DATED January 20, 2012.

s/ Michael J. Reagan  
Michael J. Reagan  
United States District Judge