IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No. 11-CR-30225-MJR |
| | ) | |
| DANIEL MORAN-VAZQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM and ORDER

REAGAN, District Judge:

This case is set for trial April 16, 2012 with a final pretrial conference tomorrow (April 6, 2012). The deadline for filing motions in limine has elapsed. Four were timely-filed (one by the Defendant on January 13, 2012 and three by the Government on March 16, 2012), thoroughly briefed, and ruled on by the undersigned Judge via written Orders. Without seeking leave to extend the elapsed motion deadline, the Government today has filed a "Motion in Limine to Preclude Defense of Duress or Necessity" (Doc. 36).

The Court denies the motion as untimely filed. Additionally, the Court notes that the motion attempts an end-run around (or reconsideration of) the Court's April 4, 2012 ruling on the Government's motions in limine (Doc. 35). Bearing note is the fact that the April 4th Order did *not* conclude that Defendant's justification defense would prevail at trial. Rather the Court concluded that Defendant had made the requisite showing to *present* the defense, i.e., the facts proffered by the Defendant were sufficient to meet the minimum standard on the elements of the defense (imminent threat of serious bodily injury or death and no reasonable legal alternative to avoid that threat).

Whether Defendant ultimately persuades a jury on this justification defense remains to be seen. Accordingly, the Court **DENIES** the Government's April 5, 2012 motion in limine (Doc. 36) without prejudice to the Government raising timely objections at trial and appropriately cross-examining Defendant, if he takes the stand to testify, as is anticipated, on these issues.

IT IS SO ORDERED.

DATED April 5, 2012.

                                                  s/ ***Michael J. Reagan***
                                                  Michael J. Reagan
                                                  United States District Judge